**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6918**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

JAMES EDDIE PALMER,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Arenda L. Wright Allen, District Judge.  (2:93-cr-00090-AWA-2)

Submitted:  January 6, 2017      Decided:  February 3, 2017

Before WILKINSON, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harry Dennis Harmon, Jr., Norfolk, Virginia, for Appellant. Andrew Curtis Bosse, Darryl James Mitchell, Randy Carl Stoker, Assistant United States Attorneys, V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Eddie Palmer appeals the district court's order denying his motion nunc pro tunc to adjust his sentence pursuant to U.S. Sentencing Guidelines Manual § 5G1.3(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Palmer, No. 2:93-cr-00090-AWA-2 (E.D. Va. June 28, 2016). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED